113 A.3d 1228

COMMONWEALTH of Pennsylvania, Respondent

v.

Jessie Derrick BOND, Petitioner.

No. 25 EM 2015.

Supreme Court of Pennsylvania.

April 1, 2015.

## *ORDER*

PER CURIAM.

AND NOW, this 1st day of May, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **GRANTED** to the extent it requests mandamus relief. The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate Petitioner's Post Conviction Relief Act petition within 90 days.